UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LEROY PEOPLES,

                        *Plaintiff*,

      -against-

GINA LEON, ELLEN ALEXANDER,
TINA STANFORD, JANE DOE and JOHN DOE,

                        *Defendants*.
_____

NOTICE OF APPEAL

9:18-CV-1349

(LEK/ML)

      Please take notice that defendants Gina Leon, Ellen Alexander, and Tina Stanford by and through their attorney, Letitia James, Attorney General of the State of New York, appeal to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order, entered March 16, 2021 (Dkt. 99), insofar as it denied, in part, defendants' July 17, 2020 motion for summary judgment (Dkt. 71) on the grounds, *inter alia*, of qualified immunity and absolute judicial immunity.

Dated: Albany, New York
       April 15, 2021

                                                   LETITIA JAMES
                                                   Attorney General, State of New York
                                                   Attorney for Defendants Leon, Alexander
                                                      and Stanford
                                                   The Capitol
                                                   Albany, New York 12224-0341

                                                   By: /s/ *Keith Starlin*
                                                   KEITH STARLIN, A.A.G., Of Counsel
                                                   Bar Roll No. 105187
                                                   (518) 776-2622
                                                   keith.starlin@ag.ny.gov

TO:    Leroy Peoples
         201 Robinson Street
         Apt 2R
         Binghamton, NY 13904
         *PRO SE*